

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Case number:          01-13-00720-CV

Style:                In re Memorial Hermann Hospital System, Memorial
                      Hermann Physician Network, Michael Macris, M.D.,
                      P.A., and Keith Alexander, Relators

                      Original Proceeding on Petition for Writ of Mandamus
                      from *Miguel A. Gomez, III, M.D. et al., v. Memorial
                      Hermann Hospital System et al.*, No. 2012-53962, in the
                      333rd District Court of Harris County, Texas, the Hon.
                      Tad Halbach presiding.

On August 21, 2013, relators, Memorial Hermann Hospital System, Memorial Hermann Physician Network, Michael Macris, M.D., P.A., and Keith Alexander, filed a petition for writ of mandamus and an "emergency motion for temporary relief." Relator's emergency motion is granted as follows: the production of discovery as ordered in the trial court's July 29, 2013 order is stayed. The stay is effective until this mandamus proceeding is finally decided. *See* TEX. R. APP. P. 52.10(b).

The Court further requests a response from the real parties in interest. The response, if any, is due no later than **5:00 p.m. on Friday, September 6, 2013.** With respect to the deadline for filing a response, the Court suspends the application in this case of the mailbox rule, TEX. R. APP. P. 9.2. *See* TEX. R. APP. P. 2.

It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
                        Acting individually


Date:   August 22, 2013